UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE L. BALAJADIA, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>HELPING HANDS RESIDENTIAL CARE HOME, INC.; *et al*.<br><br>Defendants. | Case No. 5:21-cv-00616-NC<br><br>**ORDER APPROVING SETTLEMENT OF PLAINTIFFS' PAGA CLAIMS AND RELEASE OF FLSA CLAIMS**<br><br>Judge: Honorable Nathanael M. Cousins<br><br>Complaint Filed: January 26, 2021<br>FAC Filed: March 8, 2021 |

The Court finds that:

1. Pursuant to PAGA, Cal. *Lab. Code* §§ 2699(l)(2), (l)(4), the Labor Workforce and Development Agency ("LWDA") has been given notice of the Settlement. In particular, on the date the Parties filed the motion seeking approval of the Settlement with the Court, Plaintiffs submitted to the LWDA a Notice of Settlement enclosing a copy of the Settlement Agreement. Plaintiffs' Notice of Settlement to the LWDA complying with the requirements of PAGA.

2. The Court has jurisdiction over the subject matter of this litigation and over those persons and entities undertaking affirmative obligations under the Settlement.

3. The Settlement Payment, and the methodology used to calculate each allocation of funds stated within the Settlement Agreement is approved under Cal. *Lab. Code* § 2699(l)(2).

4. The Settlement Payment to each Plaintiff's individual claims is a fair and reasonable resolution to a bona fide dispute.

//

//

ACCORDINGLY, IT IS HEREBY ORDERED:

1. That the Settlement Agreement be and is hereby approved pursuant to California *Labor Code* §2699(e)(2);
2. That the Settlement Agreement be and is hereby approved release of Plaintiffs' claims under 29 U.S.C. §§ 206, 207 and 126(b) of the Fair Labor Standards Act.
3. That the Settlement Agreement shall be implemented in accordance with its terms.

Dated:  November 1, 2021

_____
HONORABLE NATHANAEL M. COUSINS

